**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00227-CV

## BO KYOUNG KIM AND SANG J. PARK, Appellants

### V.

## SOK SAN PAK AND SOO-KYUNG PAK, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00730-2008**

## ORDER

We **GRANT** appellants' December 11, 2013 second motion for extension of time to file

brief and **ORDER** the brief filed no later than January 16, 2014.  No further extensions will be

granted absent exigent circumstances.


/s/      ELIZABETH LANG-MIERS
         JUSTICE